

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Kevin R. Bryant
2459 Roxbury Ln
Montgomery, IL 60538
Plaintiff,

v.

Officer D. McNally #8795,
Officer H. Bressler #9782,
City of Naperville, Illinois,
Defendants.

Case No.

1:25-cv-11045
Judge Andrea R. Wood
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 2

RECEIVED
SEP 09 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. §1983)

I. JURISDICTION

1. This action is brought under 42 U.S.C. §1983 to redress the deprivation of rights secured by the Fourth and Fourteenth Amendments to the United States Constitution.

2. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343. Venue lies in this District because the events giving rise to this claim occurred in DuPage County, Illinois.

II. PARTIES

3. Plaintiff Kevin R. Bryant is a citizen of Illinois, residing at 2459 Roxbury Ln, Montgomery, IL 60538.

4. Defendant Officer D. McNally (#8795) was at all relevant times a police officer employed by the Naperville Police Department.

5. Defendant Officer H. Bressler (#9782) was at all relevant times a police officer employed by the Naperville Police Department.

6. Defendant City of Naperville, Illinois, is a municipal corporation responsible for the policies, practices, and supervision of its police officers.

III. FACTUAL ALLEGATIONS

7. On or about [insert date of arrest], Plaintiff was arrested by Defendants McNally and Bressler and charged with:

- Aggravated Unlawful Use of a Weapon by a Felon;

- Aggravated Unlawful Use of a Weapon by a Documented Street Gang Member;

- Possession of Ammunition Without a FOID/CCL.

8. Plaintiff was falsely portrayed as a "gang member" and publicly slandered in news reports, damaging his reputation.

9. Plaintiff was required to pay a $15,000 bond and was jailed, causing him to lose his employment, his home, his vehicle, and the ability to provide for his 8 children.

10. Plaintiff endured humiliation, pain and suffering, and defamation of character as a result of the false charges.

11. Plaintiff was ultimately acquitted and all charges were dismissed, confirming that the arrest and prosecution lacked probable cause.

12. The actions of Defendants were willful, wanton, malicious, and in reckless disregard of Plaintiff's constitutional rights.

13. Defendant City of Naperville, through its customs, policies, or failure to train and supervise, caused or permitted the violations of Plaintiff's rights.

IV. CLAIMS FOR RELIEF

COUNT I – False Arrest and Imprisonment (42 U.S.C. §1983)

14. Plaintiff re-alleges and incorporates by reference the preceding paragraphs.

15. Defendants McNally and Bressler arrested Plaintiff without probable cause, violating his rights under the Fourth Amendment.

COUNT II – Malicious Prosecution (42 U.S.C. §1983)

16. Defendants caused criminal charges to be filed and pursued against Plaintiff without probable cause.

17. The criminal case terminated in Plaintiff's favor.

COUNT III – Defamation / Slander

18. Defendants knowingly or recklessly made false statements labeling Plaintiff as a "documented street gang member," which were published in news outlets.

19. These statements injured Plaintiff's reputation and caused economic and emotional harm.

COUNT IV – Monell Claim (City of Naperville)

20. Defendant City of Naperville maintained customs or policies that permitted officers to engage in unlawful arrests and prosecutions, or failed to properly train and supervise officers.

21. These policies and failures were the moving force behind the violation of Plaintiff's rights.

V. DAMAGES

Plaintiff seeks the following relief:

- Compensatory damages of $2,000,000 for lost wages, loss of home and vehicle, loss of reputation, defamation, pain and suffering, and inability to provide for his family.

- Punitive damages against the individual Defendants for their willful and malicious conduct.

- Costs of this action and any other relief the Court deems just and proper.

VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

Date: August 29, 2025

Kevin R. Bryant, Pro Se
2459 Roxbury Ln
Montgomery, IL 60538

Kevin R. Bryant
2459 Roxbury Ln
Montgomery IL 60538



U.S. POSTAGE PAID
FCM LETTER
LOUISVILLE, KY 40217
AUG 29, 2025

$6.37

S2323D500152-50

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
U.S. District Court N.D Illinois
219 S. Dearborn St
Chicago, IL 60604



09/09/2025-27

Retail

 

60604

RDC 99



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022